CLASSEN IMMUNOTHERAPIES, INC., a Maryland Corporation, Plaintiff-Appellant

John Barthelow Classen, Counterclaim Defendant

v.

ELAN PHARMACEUTICALS, INC., a Delaware Corporation, Defendant/Counterclaimant-Appellee

2017-1033

United States Court of Appeals, Federal Circuit.

October 17, 2017

---

JOSEPH J. ZITO, DNL ZITO, Washington, DC, argued for plaintiff-appellant. Also represented by LUIZ FELIPE V S C DE OLIVEIRA.

JAMES B. MONROE, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for defendant/counterclaimant-appellee. Also represented by PAUL WILLIAM BROWNING.

(Prost, Chief Judge, Lourie and Taranto, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**